UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| VERNON E. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-87-SNLJ |
| ) | |
| BILL STRANGE, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

On review of plaintiff's filings, it has come to the Court's attention that plaintiff has failed to comply with Local Rule 2.17(A)(2), which requires parties to only disclose the initials of minor children in any filing.  Plaintiff makes extensive reference to the unredacted names of the minor victims in several of his filings and exhibits.  To protect the identity of the minor victims, the Court will order that access to those filings be restricted to the parties' themselves until further notice.  Additionally, plaintiff is instructed to only use the initials when referring to the minor victims in all future filings.  Failure to comply with Local Rule 2.17(A)(2) will result in his filings being rejected.

Accordingly,

**IT IS HEREBY ORDERED** that the clerks restrict access to Doc. No. 1, 2, 3, 4, 5, 6, 11, and 35 to the parties only until further notice.

**IT IS FUTHER ORDERED** that plaintiff be advised that any additional filings and exhibits should have the names of minors redacted and to use only initials in referring to minors. Failure to do so will result in that filing being rejected.

So ordered this 6th day of March, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE