# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| VERNON E. MILLER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:22-CV-87-SNLJ |
| BILL STANGE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

On review of petitioner's filed attachments, [Doc. 43-2], petitioner has violated this Court's previous order that petitioner was not to file any attachments without redacting the full names of the minor victims, as required by Local Rule 2.17(A)(2). [Doc. 36.] In accordance with that rule and prior order, the Court will order that Doc. 43-2 be sealed to protect the identities of the minor victims.

Accordingly,

**IT IS HEREBY ORDERED** that the clerks restrict access to Doc. 43-2 to the parties only until further notice.

**IT IS FURTHER ORDERED** that plaintiff redact the full names of the minor victims in any additional filings and exhibits, and to only use initials when referring to the victims. Failure to do so will result in that filing being rejected.

So ordered this 31st day of July, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE